■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY GETTES, Appellant. [716 NYS2d 327] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 8, 1995 (*People v Gettes,* 215 AD2d 499), affirming a judgment of the County Court, Nassau County, rendered May 13, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Friedmann, Krausman and Florio, JJ., concur.